## PRICE v. PRICE.

*Complaint — what is one cause of action.*

In an action by C. against W., the complaint alleged that defendant married S., abandoned her, married C., lived with her, procured a decree annulling this marriage on the ground that the first wife was living, etc.; represented to plaintiff that S. was dead, and he had a right to re-marry ; that plaintiff relied on those representations and married defendant ; that they

cohabited together; that the representations were false; set forth plaintiff's injury, and defendant's means; that defendant had commenced proceedings to have his marriage with plaintiff declared void, etc., etc. *Held*, that the complaint contained but one cause of action, and that for the wrong done plaintiff by defendant's fraud, and a motion to require separate causes of action to be stated should be denied.

APPEAL by defendant from an order at special term denying a motion to require the causes of action in the complaint to be stated separately, etc.

*Brown & Sheldon*, for appellant.

*John L. Hill*, for respondent.

DONOHUE, J.

The head-note states fully the only point passed upon.

*Judgment affirmed.*